STEPHEN M. JONES, Respondent, *v.* JAMES P. ROBERTSON *et al.*, Appellants.

*Practice—Supreme Court.*—Appeal dismissed for want of final judgment in the lower court.

*Appeal from St. Louis Law Commissioner's Court.*

*Sharp & Broadhead*, for respondent.

*Hudgens & Son*, for appellants.

WAGNER, Judge, delivered the opinion of the court.

The record in this case shows that the jury brought in a verdict for the plaintiff, but it does not appear that any final judgment was ever rendered; the appeal must therefore be

dismissed. We will say, however, that we have examined the record, and there is no question of law saved for us to decide.

Appeal dismissed. Judge Holmes concurs; Judge Lovelace absent.